IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| HAROLD UNYULA SMITH, SR., | * |
| Plaintiff, | * |
| v. | Case No.: 1:24-CV-85 (LAG)(ALS) |
| | * |
| NURSE LEE JORDAN, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated 6/18/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of June, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk